IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DONNA HENDERSON              :      CIVIL ACTION
                             :
          v.                 :
                             :
NUTRISYSTEM, INC.            :      NO. 08-592
```

<u>ORDER</u>

AND NOW, this 7th day of May, 2009, upon consideration of the defendant's motion for summary judgment (Docket No. 29), the plaintiff's opposition, the defendant's reply thereto, and following an oral argument held on April 15, 2009, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and judgment is entered in favor of the defendant and against the plaintiff.  The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.